# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| **JOSHUA THOMAS CALHOUN** | ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**: Title 18, United States Code, Section 13, assimilating Section 32-8-86 (e) of the Code of Alabama.  **Switched Tag.**

That on or about the 19th day of January, 2023, within the Northern District of Alabama, the Defendant, **JOSHUA THOMAS CALHOUN**, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, unlawfully affixed to a vehicle a license plate or tag not authorized by law for use on it, in violation of Section 32-8-86 of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

**COUNT TWO:** Title 18, United States Code, Section 13, assimilating Section 32-5A-171 of the Code of Alabama. **Driving a motor vehicle at a speed in excess of the maximum limits.**

That on or about the 19th day of January, 2023 , within the Northern District of Alabama, the Defendant, **JOSHUA THOMAS CALHOUN**, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did unlawfully operate a motor vehicle at a speed in excess of the maximum limits, in violation of Sections 32-5A-171 of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

PRIM F. ESCALONA
*United States Attorney*

*/s/ John M. Hundscheid*
Digitally signed by John M. Hundscheid
Date: 2023.04.04 16:46:48 -05'00'

JOHN M. HUNDSCHEID
*Assistant United States Attorney*